IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
AUTOMOTIVE INDUSTRIES
WELFARE FUND, AUTOMOTIVE
INDUSTRIES PENSION FUND;
JIM BENO, TRUSTEE,

      Plaintiffs,      No. 2:10-cv-03411 FCD KJN PS

  v.

NORMAN GENTRY, also known as
NORM GENTRY, individually and
doing business as NORM'S
ELECTRICAL SUPPORT,

      Defendant.      ORDER
_____/

      In an order entered June 15, 2011, this court granted defendant's motion to appoint counsel. (Order, June 15, 2011, Dkt. No. 77.) Counsel willing to accept a limited purpose appointment for the purpose of exploring the possibility of settlement have been located for defendant.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Attorneys James Houpt and Martin Ruano are appointed as limited-purpose counsel in the above-entitled matter. Messrs. Houpt and Ruano have represented that they are preparing an engagement letter regarding the provision of services, and their

1

appointment as counsel shall be contingent on defendant executing the engagement letter and returning it to appointed counsel.  Messrs. Houpt and Ruano shall file a written notice with the court upon defendant's satisfactory execution and return of an engagement letter to them.

2.     This appointment of counsel is for the limited purpose of assisting plaintiff in early settlement negotiations and shall terminate thirty days after completion of a settlement conference, or any continuation of a settlement conference.

3.     If the conditions pertaining to the appointment of counsel have been met, Mr. Houpt and/or Mr. Ruano shall contact plaintiffs' counsel to discuss the scheduling of an early settlement conference.  Once the parties have communicated regarding such a settlement conference, they shall contact Courtroom Deputy Matt Caspar at (916) 930-4187 if they desire to schedule a settlement conference before the undersigned or another magistrate judge.  Plaintiffs have already consented to the undersigned acting as the settlement judge and waived any resulting disqualifications.  (Pls.' Status Report at 4, Dkt. No. 72.)  Defendant has not yet provided notice to the court whether he also consents to the undersigned acting as the settlement judge and waives any resulting disqualifications.  Within 14 days of the successful appointment of counsel, defendant shall notify the court in writing whether he consents to the undersigned acting as the settlement judge and waives any resulting disqualifications.

4.     Appointed counsel should contact Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if they have any questions regarding the appointment.

5.     The Clerk of the Court is directed to serve a copy of this order upon James Houpt and Martin Ruano, Orrick Herrington & Sutcliffe LLP, 400 Capitol Mall, Suite 3000, Sacramento, California 95814.

IT IS SO ORDERED.

DATED: June 24, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE