PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 111320)
JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
pmiller@sjlawcorp.com
abevington@sjlawcorp.com
jostil@osjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al.,<br><br>Plaintiffs,<br>v.<br><br>NORMAN GENTRY, etc.,<br><br>Defendant. | Case No.:  2:10-CV-03411-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER FOR APPEARANCE OF PLAINTIFF REPRESENTATIVE AT SETTLEMENT CONFERENCE BY TELEPHONE STANDBY** |
|---|---|

The plaintiffs hereby request that the personal attendance of a representative of plaintiffs at the settlement conference in this matter be excused and that a plaintiff representative instead be available by telephone standby.

The plaintiffs in this matter are trustees of employee benefit trusts, who filed suit under ERISA to recover contributions allegedly owed to the trusts.  The plaintiffs anticipate that the settlement discussions will focus on factual matters within the direct knowledge and control of defendant rather than plaintiffs.  It would be a hardship for one or more trustees to travel from the Bay Area to Sacramento and lose at least one full day of work in order to attend a settlement

conference which will only require their sporadic participation.  (Upon defendant's motion, the case has already been transferred from the Northern District of California to the Eastern District in order to accommodate Mr. Gentry's travel issues and convenience.)

       Subject to the Court's approval, defendant stipulates and agrees to plaintiffs' request that the trusts appear by having a trustee or trustees with settlement authority available on telephone standby, to be contacted by telephone when his, her, or their participation is required.

Dated:   September 8, 2011			SALTZMAN & JOHNSON LAW CORPORATION


					By:  _____/S/_____
					     Julie A. Ostil
					     Attorney for Plaintiffs


Dated:   September 8, 2011			ORRICK, HERINGTON & SUTCLIFFE LLP


					By:  _____/S/_____
					     James Houpt
					     Attorney for Defendant

2
Stipulation and ~~Proposed~~ Order Re Telephonic Standby Appearance at Settlement Conference
Case No.:  2:10-CV-03411-GEB-KJN

**ORDER**

Pursuant to stipulation of the parties (Dkt. No. 83) that is APPROVED by the undersigned, IT IS HEREBY ORDERED that plaintiffs' client representative(s) may appear at the September 16, 2011 settlement conference via telephone and on standby, rather than in person.

DATED:  September 9, 2011

/s/ Kendall J. Newman
United States Magistrate Judge