1  PHILIP M. MILLER (SBN 87877)
   ANNE M. BEVINGTON (SBN 111320)
2  JULIE A. OSTIL (SBN 215202)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery Street, Suite 2110
4  San Francisco, CA 94104
   Telephone: (415) 882-7900
5  Facsimile: (415) 882-9287
   pmiller@sjlawcorp.com
6  abevington@sjlawcorp.com
7  jostil@osjlawcorp.com

8  Attorneys for Plaintiffs

9

                    UNITED STATES DISTRICT COURT
10

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12                      (SACRAMENTO DIVISION)

13

14  BOARD OF TRUSTEES OF THE              Case No.:  2:10-CV-03411-GEB-KJN
    AUTOMOTIVE INDUSTRIES WELFARE
15  FUND, et al.,                         **STIPULATION AND [~~PROPOSED~~]
                                          ORDER FOR APPEARANCE OF
16                   Plaintiffs,          PLAINTIFF REPRESENTATIVE AT
    v.                                    SETTLEMENT CONFERENCE BY
17                                        TELEPHONE STANDBY**
18  NORMAN GENTRY, etc.,

19                   Defendant.

20

21        The plaintiffs hereby request that the personal attendance of a representative of plaintiffs at

22  the settlement conference in this matter be excused and that a plaintiff representative instead be

23  available by telephone standby.

24        The plaintiffs in this matter are trustees of employee benefit trusts, who filed suit under

25  ERISA to recover contributions allegedly owed to the trusts.  The plaintiffs anticipate that the

26  settlement discussions will focus on factual matters within the direct knowledge and control of

27  defendant rather than plaintiffs.  It would be a hardship for one or more trustees to travel from the

28  Bay Area to Sacramento and lose at least one full day of work in order to attend a settlement

1  conference which will only require their sporadic participation.  (Upon defendant's motion, the

2  case has already been transferred from the Northern District of California to the Eastern District in

3  order to accommodate Mr. Gentry's travel issues and convenience.)

4          Subject to the Court's approval, defendant stipulates and agrees to plaintiffs' request that

5  the trusts appear by having a trustee or trustees with settlement authority available on telephone

6  standby, to be contacted by telephone when his, her, or their participation is required.

7

8

9  Dated:     September 8, 2011               SALTZMAN & JOHNSON LAW CORPORATION

10

11                                            By: _____/S/_____
                                                  Julie A. Ostil

12                                                Attorney for Plaintiffs

13

14
   Dated:     September 8, 2011               ORRICK, HERINGTON & SUTCLIFFE LLP
15

16                                            By: _____/S/_____
                                                  James Houpt
17                                                Attorney for Defendant

18

19

20

21

22

23

24

25

26

27

28
                                                                                              2

1

**ORDER**

2          Pursuant to stipulation of the parties (Dkt. No. 83) that is APPROVED by the

3   undersigned, IT IS HEREBY ORDERED that plaintiffs' client representative(s) may appear at the

4   September 16, 2011 settlement conference via telephone and on standby, rather than in person.

5   DATED:  September 9, 2011

6                                                  /s/ Kendall J. Newman
                                                   United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and ~~Proposed~~ Order Re Telephonic Standby Appearance at Settlement
Conference
Case No.:  2:10-CV-03411-GEB-KJN