1 | PHILIP M. MILLER (SBN 87877)
2 | ANNE M. BEVINGTON (SBN 111320)
  | JULIE A. OSTIL (SBN 215202)
3 | SALTZMAN & JOHNSON LAW CORPORATION
  | 44 Montgomery Street, Suite 2110
4 | San Francisco, CA 94104
  | Telephone: (415) 882-7900
5 | Facsimile: (415) 882-9287
  | pmiller@sjlawcorp.com
6 | abevington@sjlawcorp.com
7 | jostil@osjlawcorp.com

8 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al., | Case No.: 2:10-CV-03411-GEB-KJN |
|---|---|
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL;** |
| v. | (~~PROPOSED~~) ORDER THEREON |
| NORMAN GENTRY, etc., | |
| Defendant. | |

///
///
///
///
///
///
///
///

The parties to this action, having reached a settlement, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice, all parties to bear their own costs.

Dated:   November 4, 2011         SALTZMAN & JOHNSON LAW CORPORATION


                                  By: _____/S/_____
                                      Anne M. Bevington
                                      Attorneys for Plaintiffs

Dated:   November 4, 2011         ORRICK, HERINGTON & SUTCLIFFE LLP


                                  By: _____/S/_____
                                      James E. Houpt
                                      Attorneys for Defendant


### ORDER

The parties' stipulation is HEREBY APPROVED.

IT IS SO ORDERED.

DATED: November 8, 2011

                                  /s/  Kendall J. Newman
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE