PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 111320)
JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
pmiller@sjlawcorp.com
abevington@sjlawcorp.com
jostil@osjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al.,<br><br>    Plaintiffs,<br>v.<br><br>NORMAN GENTRY, etc.,<br><br>    Defendant. | Case No.: 2:10-CV-03411-GEB-KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL;**<br>**(PROPOSED) ORDER THEREON** |

///
///
///
///
///
///
///
///

1  The parties to this action, having reached a settlement, hereby stipulate pursuant to Rule
2  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with
3  prejudice, all parties to bear their own costs.

4  Dated: November 4, 2011       SALTZMAN & JOHNSON LAW CORPORATION

5
6                                          By: _____/S/_____
                                               Anne M. Bevington
7                                              Attorneys for Plaintiffs

8  Dated: November 4, 2011       ORRICK, HERINGTON & SUTCLIFFE LLP

9
10                                         By: _____/S/_____
                                               James E. Houpt
11                                             Attorneys for Defendant

12

13                                      **ORDER**

14        The parties' stipulation is HEREBY APPROVED.

15        IT IS SO ORDERED.

16 DATED: November 8, 2011

17                                         /s/ Kendall J. Newman
                                           KENDALL J. NEWMAN
18                                         UNITED STATES MAGISTRATE JUDGE

19
20
21
22
23
24
25
26
27
28